JS-6

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARRET WEYAND,

Plaintiff,

vs.

KEVIN YURKUS; FAIRWAY CAPITAL; UNION CENTRAL LIFE INSURANCE COMPANY; AND DOES 1-20,

Defendants.

THE UNION CENTRAL LIFE INSURANCE COMPANY, a corporation,

Cross-Claimant,

vs.

KEVIN YURKUS and FAIRWAY CAPITAL

Cross-Defendants.

THE UNION CENTRAL LIFE INSURANCE COMPANY, a corporation,

Counter-Claimant,

vs.

GARRET WEYAND,

Counter-Defendant.

No.: 8:13-cv-00596-BRO (RNBx)

The Honorable Beverly Reid O'Connell

**ORDER REMANDING ACTION TO STATE COURT**

Compl. Filed: February 27, 2013
Compl. Removed: April 12, 2013
Trial Date: None set

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation to Remand Action to State Court, and good cause appearing therefore, hereby remands the action to the Superior Court for the State of California, County of Orange, and orders the pending Motion to Remand off calendar.

**IT IS SO ORDERED**.

DATED: May 21, 2013

The Honorable Beverly Reid O'Connell
United States District Court Judge