JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRET WEYAND,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KEVIN YURKUS; FAIRWAY CAPITAL; UNION CENTRAL LIFE INSURANCE COMPANY; AND DOES 1-20,<br><br>　　　　　Defendants. | No.: 8:13-cv-00596-BRO (RNBx)<br><br>The Honorable Beverly Reid O'Connell<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>Compl. Filed: February 27, 2013<br>Compl. Removed: April 12, 2013<br>Trial Date: None set |
| THE UNION CENTRAL LIFE INSURANCE COMPANY, a corporation,<br><br>　　　　　Cross-Claimant,<br><br>　vs.<br><br>KEVIN YURKUS and FAIRWAY CAPITAL<br><br>　　　　　Cross-Defendants. | |
| THE UNION CENTRAL LIFE INSURANCE COMPANY, a corporation,<br><br>　　　　　Counter-Claimant,<br><br>　vs.<br><br>GARRET WEYAND,<br><br>　　　　　Counter-Defendant. | |

# ORDER

The Court, having reviewed and considered the Parties' Stipulation to Remand Action to State Court, and good cause appearing therefore, hereby remands the action to the Superior Court for the State of California, County of Orange, and orders the pending Motion to Remand off calendar.

**IT IS SO ORDERED**.

DATED: May 21, 2013

The Honorable Beverly Reid O'Connell
United States District Court Judge